[No. 52425-9-I.   Division One.   September 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
McMURTRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-07030-9, James A. Doerty, J., entered May
23, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52434-8-I.   Division One.   September 20, 2004.]

ARLENE A. WRIGHT, *Appellant*, v. SAFECO INSURANCE COMPANY
OF AMERICA, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-26497-2, Glenna Hall, J., entered May 29,
2003. *Affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Schindler, J., concurred in by Cox,
C.J., and Coleman, J. Now published at 124 Wn. App. 263.

[No. 52508-5-I.   Division One.   September 20, 2004.]

DAVID D. KRIEL, *Appellant*, v. CRAIG LEE, ET AL., *Defendants,*
DONOVAN BROTHERS, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 01-2-06470-3, Mary Yu, J., entered September
30, 2002, and May 30 and October 8, 2003. *Reversed* by
unpublished opinion per Agid, J., concurred in by Cox, C.J.,
and Appelwick, J.

[No. 52562-0-I.   Division One.   September 20, 2004.]

*In the Matter of the Detention of* RONALD FOX, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 00-2-02215-6, Linda C. Krese, J.,
entered May 30, 2003. *Affirmed* by unpublished per curiam
opinion.